

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

The State of Texas,             * From the 35th District
                                          Court of Brown County,
                                          Trial Court No. CR22310.

Vs. No. 11-13-00226-CR             * January 24, 2014

Joseph Daniel Maxwell,             * Per Curiam Memorandum Opinion
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

This court has considered the State of Texas's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.